982

No. 71–1669.  GUSTAFSON v. FLORIDA.  Sup. Ct. Fla. Certiorari granted and case set for oral argument with No. 72–936, immediately *infra*.

No. 72–936.  UNITED STATES v. ROBINSON.  C. A. D. C. Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted and case set for oral argument with No. 71–1669, immediately *supra*.

No. 71–992.  WOLLACK v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–1210.  FIGUEROA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–1479.  MOORE v. UNITED STATES; and
No. 71–6769.  GURIDI ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Reported below: 458 F. 2d 1234.

No. 71–6085.  WOODEN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–818.  SCHOOL BOARD OF BREVARD COUNTY, FLORIDA v. WEAVER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 72–828.  BRATKO v. UNITED STATES; and
No. 72–5824.  NIELSEN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  Reported below: 467 F. 2d 1032.

No. 72–941.  LUGOSCH v. UNITED STATES; and
No. 72–946.  MUSTO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.